IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Desmond Deshard Milligan,<br><br>PLAINTIFF<br><br>v.<br><br>Drug Enforcement Administration; Lexington County Sheriff's Department; West Columbia Police Department,<br><br>DEFENDANTS | C/A No. 3:13-cv-02757-TLW<br><br><br>**Order** |

Plaintiff Desmond Deshard Milligan, proceeding *pro se* and *in forma pauperis*, filed this civil action pursuant to 28 U.S.C. § 1983. (Doc. #1.) The matter now comes before the Court for review of the Report and Recommendation (Report) filed on January 27, 2014 by Magistrate Judge Gossett, to whom this case was assigned. (Doc. #19.) In the Report, the Magistrate Judge recommends summarily dismissing the case for failure to state a claim upon which relief may be granted. Objections to the Report were due February 13, 2014. Milligan did not file any objections to the Report.

The Court is charged with conducting a *de novo* review of any portion of the Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report, the Court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 200 (4th Cir. 1983).

The Court has carefully reviewed the Report. For the reasons stated by the Magistrate Judge, the Report is **ACCEPTED** and Milligan's Complaint is **DISMISSED WITHOUT PREJUDICE**.

1

**IT IS SO ORDERED**.

                                                *s/ Terry L. Wooten*
                                                Terry L. Wooten
                                                Chief United States District Judge

March 6, 2014
Columbia, South Carolina